**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DIAN HUDSON, et al.** **PLAINTIFFS**

**AND**

**UNITED STATES OF AMERICA** **PLAINTIFF-INTERVENOR**

**VS.** **CIVIL ACTION NO. 3:63cv3382-DPJ-ASH**

**LEAKE COUNTY SCHOOL BOARD, et al.** **DEFENDANTS**

---

**ORDER ON UNOPPOSED MOTION**
**FOR DECLARATION OF UNITARY STATUS**

---

Before the Court is the Unopposed Motion for Declaration of Unitary Status of the Leake County School Board, [31]. The Court has reviewed the Unopposed Motion and Memorandum in Support [31], [32]. The Court also finds no opposition to the Motion has been filed on the docket. It is the opinion of the Court that the Unopposed Motion for Declaration of Unitary Status of the Leake County School Board should be granted.

**IT IS, THEREFORE, ORDERED** the Defendant Leake County School Board be declared fully unitary, all injunctions entered as to the Leake County School Board are hereby dissolved, and this case is dismissed with prejudice as to the Leake County School Board.

**SO ORDERED**, this the 3rd day of September, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE